UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICHAEL A. Love, fka
MICHAEL A. HALIBURTON,
et al.,

              Plaintiffs,        6:12-cv-02072-AA
                                      Consolidated with:
      v.                         6:12-cv-01612-AA
                                      6:12-cv-02136-AA

CHRIS VOSBERG, et al.,

              Defendants.

AIKEN, District Judge.

    Pursuant to Local Rule 83.10, a party not represented by counsel has a "continuing duty to notify, the clerk's office whenever they change their mailing address or telephone number." When mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83.12.

    Plaintiffs' former counsel was allowed to withdraw as counsel of record by Order (#84) entered December 19, 2014,

1 - ORDER

and plaintiffs have not requested new counsel or notified the court that they have obtained new counsel, or provided the court with their current mailing address or telephone number.

The record reflects that despite multiple attempts defendants have been unable to contact plaintiffs by phone or by mail at their current address of record or through their former attorney. Plaintiff's former counsel has refused to provide contact information "because of ethical duties."

This case and the consolidated cases 6:12-cv-01612-AA and 6:12-cv-02136-AA are dismissed for failure to comply with Local Rule 83.10 and for failure to prosecute. The Clerk of Court is directed to enter a judgment dismissing these actions with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED.

*Any appeal from this order or judgment dismissing this case would be frivolous and not taken in good faith. Therefore, plaintiffs'* in forma pauperis *status is hereby revoked.*

DATED this 24 day of February, 2015.

_____
Ann Aiken
United States District Judge

2 - ORDER